JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARAX BAGHDASARIAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TRAVELERS INSURANCE COMPANY, a business organization, form unknown; and DOES 1-100<br><br>　　　　Defendants, | CASE NO. CV10-01793 JFW (CWx)<br><br>Assigned to: Honorable Judge John F. Walter<br><br>~~[PROPOSED]~~ ORDER RE: REMAND<br><br>Action Filed: February 11, 2010<br>Action Removed: March 11, 2010<br>Trial Date: None |

　　Based upon the Stipulation entered into by Plaintiff Arax Baghdasarian ("Plaintiff") and Defendant Travelers Property Casualty Insurance Company, erroneously sued as Travelers Insurance Company ("Travelers"), and having good cause shown:

///

-1-

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

Plaintiff's claim for breach of contract under the subject insurance policy does not exceed $25,000 and the amount of claimed damages for alleged breach of the implied covenant of good faith and fair dealing ("bad faith") are uncertain. Plaintiff has further stipulated through her counsel that she cannot seek more than $25,000 for her breach of contract claim in state court.

Based upon the following, this matter is hereby REMANDED to the Superior Court of California, for the County of Los Angeles. The parties shall each bear their own attorneys' fees and costs of suit in connection with this federal court action.

**IT IS SO ORDERED.**

**Date:** 5/11/10

John F. Walter /s/
_____
Hon. John F. Walter
United States District Court Judge

Submitted by:

WESTON & McELVAIN LLP
Randy M. McElvain, Esq. (State Bar No. 137046)
Patricia A. Daza, Esq. (State Bar No. 261564)
601 South Figueroa Street, Suite 2350
Los Angeles, California 90017

Attorneys for **TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY,** **erroneously sued and served as Travelers Insurance Company**

AGHABEGIAN & ASSOCIATES, PC
Alan Aghabegian, Esq. (State Bar No. 180159)
Abraham Dervishian, Esq. (State Bar No. 262938)
500 N. Brand Blvd., Suite 1270
Glendale, CA 91203

Attorneys for **ARAX BAGHDASARIAN**

[PROPOSED] ORDER RE: REMAND